# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Raymundo Octavio Rodrguez-Aguirre

V.

USA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    11cv2027-LAB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the habeas petition brought pursuant to 28 U.S.C. § 2255 is denied......................................................

| October 9, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Johnson |
| | (By) Deputy Clerk |
| | ENTERED ON October 9, 2012 |

12cr2113-LAB